UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Smoke N Glass, LLC.

Case No. 3:18-cv-420

v.

Starr Indemnity & Liability Company

## NOTICE OF APPEAL

Notice is hereby given that: Smoke N Glass, LLC.

*(Name the party or parties filing the appeal)*

hereby appeals to the United States Court of Appeals for the Sixth Circuit from the

☐ Judgment  ☒ Order  ☐ Other (specify) denied motion for cost and attorney's fees.

entered in this action on Nov. 19, 2018.

_(Signature)_

325 Plus Park Blvd, Suite 200 B
(Address)

Nashville, TN 37217
(City) (State) (Zip Code)

(615) 967-0742
(Phone)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was sent to Lauren Roberts and Matthew Breetz via cmecf on Dec. 17, 2018.

_(Signature)_