## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: April 01, 2019

Mr. Ali Abdelati  
325 Plus Park Boulevard  
Suite 200 B  
Nashville, TN 37217

Mr. Matthew W. Breetz  
Stites & Harbison  
400 W. Market Street  
Suite 1800  
Louisville, KY 40202

Re: Case No. 18-6327, *Smoke N Glass, LLC v. Starr Indemnity & Liability*  
Originating Case No. : 3:18-cv-00420

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel  
Mediation Administrator

cc: Ms. Vicki Kinkade

Enclosure

No mandate to issue

Case No. 18-6327

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

SMOKE N GLASS, LLC

      Plaintiff - Appellant

v.

STARR INDEMNITY & LIABILITY COMPANY

      Defendant - Appellee

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: April 01, 2019